JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDELRAHMAN ALSEDEH, | Case No. CV 25-2353 PA (PVCx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| FORD MOTOR COMPANY, et al., | |
| Defendant(s). | |

In accordance with the Court's October 6, 2025 Minute Order dismissing this action for failure to prosecute and failure to comply with the Court's Orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: October 6, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE