**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ABDELRAHMAN ALSEDEH, an individual,

Plaintiff,

vs.

FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,

Defendant,

Case No.: 2:25-cv-02353-PA-PVC

*Assigned to: Percy Anderson*
*Referred to: Magistrate Judge Pedro V. Castillo*

**ORDER OF DISMISSAL**

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: August 21, 2026 By:________________________________

Percy Anderson
United States District Judge